IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MAE JACKSON, as**
**Guardian of Tommy Jackson**                                                        **PLAINTIFF**

v.                            CASE NO. 2:23-CV-00093-LPR

**CITY OF FORREST CITY, ARKANSAS;**
**CARL CANNON, Individually and in**
**His Official Capacity; CHRISTOPHER**
**COLLINS, Individually and in His**
**Official Capacity; AND CATHY**
**RIGGINS-GAHR, Individually**
**and in Her Official Capacity**                                                     **DEFENDANTS**

## SEPARATE DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

COME NOW Separate Defendants, Christopher Collins and Kathy Riggins-Gahr, each in their individual and official capacities, and the City of Forrest City, Arkansas, by and through undersigned counsel, Gabrielle Gibson, for their Motion for a Protective Order, and state as follows:

1. Through discovery, Plaintiff has requested documentation within law enforcement officers' personnel files that contain confidential and sensitive information. Depositions of the parties in this case are scheduled for November 19-20, 2024.

2. Accordingly, Separate Defendants respectfully request that this Court enter a protective order so that the confidential and sensitive information can be produced to Plaintiff. Attached hereto is Separate Defendants' proposed protective order. *See Exhibit 1.*

3. As directed by the Court's Final Scheduling Order [ECF Doc. 9], before filing the instant motion, Separate Defendant emailed the proposed protective order in Word format to the Court and alerted the law clerk on the case to the draft's submission.

4. Separate Defendants have conferred in good faith with Plaintiff's counsel pursuant to Fed. R. Civ. P. 26(c), and they do not object to the entry of a protective order, but they do object to the language in paragraph six of the proposed order.

WHEREFORE, Separate Defendants respectfully request that this Court grant their Motion for a Protective Order, enter a Protective Order in this case, and for all just and proper relief to which they may be entitled.

Respectfully submitted,

**SEPARATE DEFENDANTS**

By: Gabrielle Gibson, Bar Number 2018113
P.O. Box 38
North Little Rock, AR 72115
Tel: (501) 537-3783
Fax: (501) 537-7258
Email: ggibson@arml.org